# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136298 (113)(115)(119)(123)

GARY HENRY and ALL OTHERS
SIMILARLY SITUATED,
     Plaintiff-Appellee,

v

DOW CHEMICAL COMPANY,
     Defendant-Appellant.

SC: 136298
COA: 266433
Saginaw CC: 03-047775-NZ

_____

     On order of the Chief Justice, motions by the Product Liability Advisory Council, Inc., Science and Environmental Health Network and others, plaintiffs in *Brindley v Severstal North America, Inc*, and DRI and Michigan Defense Trial Counsel for leave to file briefs *amicus curiae* in this case are considered and they are GRANTED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2009 _____

                         Clerk